UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARISOL TAVERAS
    Plaintiff

Vs.                                  C.A. No.:  1:15-CV-00348

KYANITE SERVICES, INC.,
    Defendant

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT

Defendant, Kyanite Services, Inc., submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

Seterus, Inc., a Delaware corporation, is a wholly owned subsidiary of Kyanite Services, Inc., which is a wholly owned subsidiary of Pixel Acquisition Corp., which is, in turn, wholly owned by International Business Machines Corporation.

Respectfully submitted,

Kyanite Services, Inc.

By its attorneys,

/s/ Dean J. Wagner
Dean J. Wagner, Esquire (#5426)
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, Rhode Island 02860
(401) 272-1400
dwagner@shslawfirm.com
bedmunds@shslawfirm.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 20th day of August 2015, that I have caused the within Corporate Disclosure Statement to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                */s/ Dean J. Wagner*